# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 17-02390-DSF (DFM) | Date | November 27, 2018 |
|---|---|---|---|
| Title | Steven Gentry v. Warden | | |

Present: The Honorable Douglas F. McCormick

| Nancy Boehme | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| n/a | n/a |

**Proceedings:** (In Chambers) Order to Show Cause re: Dismissal for Lack of Prosecution

Petitioner filed his petition for writ of habeas corpus in November 2017. See Dkt. 1 ("Petition"). On April 2, 2018, the Court dismissed the petition with leave to amend. See Dkt. 3. The Court ordered Petitioner to file a first amended petition within 35 days of the date of service of the order or risk dismissal for failure to prosecute. See id. at 4. Petitioner responded to that order by filing a two-page letter with exhibits, which the Court interpreted as a First Amended Petition ("FAP"). See Dkt. 10. The Court dismissed the FAP with leave to amend and ordered Petitioner to file a Second Amended Petition ("SAP") by November 15, 2018, or risk dismissal for failure to prosecute. This deadline has passed without any action from Petitioner.

**Accordingly, on or before fourteen (14) days of the date of this order, Plaintiff is ORDERED to show good cause in writing why the Court should not recommend dismissal of this action without prejudice for failure to prosecute.**

Initials of Clerk  nb